# United States District Court

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

Name: __Mbiritsha LUBUMBADI A# 074 728 746__
Address: __3080 Boldic #10__
__Montreal, PQCA   H1L4H6__
Birthdate: __September 27, 1961/Zaire__
(Name and Address of Defendant)

CASE NUMBER: 96-M-165

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 05, 1996__ in __Clinton__ county, in the __Northern__ District of __New York__ defendant(s) did, (Track Statutory Language of Offense)

Mbiritsha LUBUMBADI, being an alien born in Zaire, attempted to enter the United States by willful false representation of a material fact to a United States Immigration Inspector at Champlain, New York on April 05, 1996; to wit; he falsely claimed to be a citizen of Canada and presented a Canadian citizenship card issued to Michel Dimfuana Bazu Nkoko and claimed to be said individual, this being,

in violation of Title __8__ United States Code, Section __1325(a)3)__ .

I further state that I am a __Senior Immigration Inspector__ and that this complaint is based on the following facts:

Subject is a native and citizen of Zaire.
On April 05, 1996, SUBJECT applied for admission to enter the United States at the Champlain Port of Entry, Champlain, New York..
SUBJECT presented a Canadian citizenship card issued to Michel Dimfuana Bazu Nkoko to an Immigration Inspector and claimed to be said individual.
SUBJECT did not match the citizenship card photograph.
SUBJECT was confronted and admitted his true identity.
SUBJECT admitted that he was aware of the visa requirement to enter the United States and intentionally presented the citizenship card issued to Michel Dimfuana Bazu Nkoko in an attempt to gain entry by fraud.

Continued on the attached sheet and made a part hereof: [ ] Yes [x] No

Signature of Complainant
Robert Dumas

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 5 1996
GEORGE A. RAY, Clerk
UTICA

Sworn to before me and subscribed in my presence.

__April 05, 1996__ at __Rouses Point, New York__
Date                                                    City and State

__Henry Van Acker, Jr., U.S. Magistrate Judge__
Name & Title of Judicial Officer                     Signature of Judicial Officer