| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| --- | --- |
| vs. | |
| DEFENDANT  Mbiritsha Lubumbadi | NORTHERN DISTRICT OF NEW YORK |
| | Docket No. 96-M-165 |



## JUDGMENT AND PROBATION/COMMITMENT ORDER

The defendant appeared in person on   April 5, 1996
                                     Month    Day    Year

COUNSEL  __X__ WITHOUT COUNSEL   However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

_____ WITH COUNSEL   _____
                     Name of Counsel

PLEA  __X__ GUILTY, and the court being satisfied that there is factual basis for the plea.
      _____ NOLO CONTENDERE
      _____ NOT GUILTY

There being a finding/verdict of:  _____ NOT GUILTY. Defendant is discharged
                                    __X__ GUILTY

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 5 1996
GEORGE A. RAY, Clerk
UTICA

**FINDING AND JUDGMENT**   Defendant has been charged of the offense(s) of: being an alien born in Zaire, attempted to enter the US by willful false representation of a material fact to a US Immigration Inspector at Champlain, NY on April 05, 1996, to wit: he falsely claimed to be a citizen of Canada and presented a Canadian citizenship card issued to Michel Dimfuana Bazu Nkoko and claimed to be said individual

Title:  ____8____ United States Code, Section  1325(a)(3)

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of:

**SENTENCE OR PROBATION ORDER**

Term of Imprisonment:  one day, INS custody

Fine of $ 115.00  and special assessment of $ 10.00   imposed  and paid  .

_____ Special assessment remitted under 18 U.S.C. 3573 upon petition of Government.

DATED:  ____April 5____, 19_96_

Henry Van Acker, Jr.
U.S. Magistrate Judge
One Lincoln Blvd.
Rouses Point, NY 12979
(518) 297-2100